Nos. 23-35543, 23-35544

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

SHOSHONE-BANNOCK TRIBES OF THE FORT HALL RESERVATION,
*Plaintiffs/Appellees*,

v.

UNITED STATES DEPARTMENT OF THE INTERIOR, UNITED STATES BUREAU OF LAND MANAGEMENT, AND LAURA DANIEL-DAVIS, PRINCIPAL DEPUTY ASSISTANT SECRETARY FOR LAND AND MINERALS MANAGEMENT,
*Defendants/Appellants*,

AND

J.R. SIMPLOT COMPANY
*Defendant-Intervenor-Appellant*.

On Petition for Permission to Appeal from the United States District Court for the District of Idaho (No. 4:20-cv-553) (Hon. B. Lynn Winmill)

## UNOPPOSED MOTION FOR A 21-DAY EXTENSION OF TIME FOR THE OPENING BRIEFS

Federal Defendants-Appellants respectfully move for a 21-day extension of time to file their opening brief, from December 27, 2023 to January 17, 2024. Defendant-Intervenor-Appellant J.R. Simplot Company (Simplot) consents to the request and, to keep the briefing schedule for the two cases aligned, requests that its own deadline be similarly extended to January 17, 2024, to which Federal Defendants-Appellants also consent. Plaintiffs-Appellees do not oppose the

requests. Accordingly, Federal Defendants-Appellants respectfully request that the deadline for their opening brief and Simplot's opening brief be extended to January 17, 2024. Pursuant to Ninth Circuit Local Rule 31-2.2, this motion is supported by the included Declaration of Counsel.

Respectfully submitted,

/s/ *Andrew M. Bernie*
ANDREW M. BERNIE
*Attorney*
Environment and Natural Resources Division
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, D.C. 20530
(202) 514-4010
andrew.m.bernie@usdoj.gov

*Counsel for the United States*

Nos. 23-35543, 23-35544

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

SHOSHONE-BANNOCK TRIBES OF THE FORT HALL RESERVATION,
*Plaintiffs/Appellees*,

v.

UNITED STATES DEPARTMENT OF THE INTERIOR, UNITED STATES BUREAU OF LAND MANAGEMENT, AND LAURA DANIEL-DAVIS, PRINCIPAL DEPUTY ASSISTANT SECRETARY FOR LAND AND MINERALS MANAGEMENT,
*Defendants/Appellants*,

AND

J.R. SIMPLOT COMPANY
Defendant-Intervenor-Appellant.

On Petition for Permission to Appeal from the United States District Court for the District of Idaho (No. 4:20-cv-553) (Hon. B. Lynn Winmill)

**DECLARATION OF ANDREW M. BERNIE**

I, Andrew M. Bernie, declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am an attorney in the Appellate Section, Environment and Natural Resources Division, United States Department of Justice. I am the lead attorney representing the United States in this matter, and I am principally responsible for preparing the United States' opening brief in this appeal.

2. The United States' opening brief is currently due December 27, 2023, following use of the streamlined extension permitted by Ninth Circuit Rule 31-2.2(a).

3. The United States respectfully requests a further 21-day extension of time, to January 17, 2024, for filing its brief. In addition, I respectfully request that Simplot's due date also be extended to January 17, 2024, per Simplot's request to keep the briefing schedule for the two cases aligned.

4. I have been working diligently on the United States' opening brief in this case. However, additional time is needed for several reasons. Initially, the United States opposed interlocutory appeal in this case, in both the district court and this Court. Since this Court granted permission to appeal, undersigned counsel has had to devote substantial time to working with the Department of the Interior, and other components of the Department of Justice (including the Office of the Solicitor General) to determine what positions the United States will take on appeal and what issues to address in an answering brief—a process that necessarily must at least to some extent precede drafting and finalizing the brief. If participation in the appeal is authorized, substantial additional time is required for review and final approval of the United States' brief by the Department of the Interior, and other components of the Department of Justice with equities in the positions the United States may take in this case. In addition, the current deadline for the United States' opening brief—

December 27, 2023—falls between Christmas and New Year's, and multiple attorneys who will need to review and provide input on a brief before it is finalized will be out of the office during that period. In addition, undersigned counsel has also had to devote significant time over the past month to the press of other matters, including an oral argument in *Ute Tribe v. United States*, No. 21-1880 (Fed. Cir. Nov. 8, 2023), an opposition to rehearing en banc in *Eagle County Colorado v. Surface Transportation Board*, Nos. 22-1019 & 22-1020 (D.C. Cir. Nov. 9, 2023), potential motion practice in *Federal Bureau of Investigation v. Pilchuck Nation*, No. 23-1303 (D.C. Cir., dispositive motions due December 18, 2023), as well as several other matters that have required substantial time from the undersigned in the form of reviewing responsibilities or settlement negotiations, on top of previously scheduled personal travel.

5. Pursuant to Local Rule 31-2.2(b)(5), I represent that I have exercised diligence in working to prepare the United States' brief and that, if this extension is granted, any brief the United States files will be filed within the time requested.

6. No party objects to this request. Simplot consents to the request and, to keep the briefing schedule for the two cases aligned, requests that its own deadline be similarly extended to January 17, 2024, to which Federal Defendants also consent. Counsel for Plaintiffs-Appellees do not oppose this request.

7. Pursuant to Local Rule 31-2.2(b)(7), I state that the court reporter is not in default with regard to any designated transcripts.

I certify, under penalty of perjury, that the foregoing is true and correct. Executed on this 8th day of December, 2023, in Washington, D.C.

/s/ *Andrew M. Bernie*
ANDREW M. BERNIE
Attorney, Appellate Section
Environment and Natural Resources Division
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, D.C. 20530
(202) 514-4010
andrew.m.bernie@usdoj.gov

*Counsel for the United States*

# CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMITATION, TYPEFACE REQUIREMENTS, AND TYPE STYLE REQUIREMENTS

This motion contains 106 words, excluding the parts of the motion exempted by Federal Rule of Appellate Procedure 32(f), and accordingly complies with the length limit in Federal Rule of Appellate Procedure 27(d)(2)(A).

This motion complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type style requirements of Federal Rule of Appellate Procedure 32(a)(6), per Federal Rule of Appellate Procedure 27(d)(1)(E).

This motion has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman.

/s/ Andrew M. Bernie
Andrew M. Bernie