IN THE U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| SHOSHONE-BANNOCK TRIBES OF THE FORT HALL RESERVATION,<br>  Plaintiff - Appellee,<br>v.<br>U.S. DEPARTMENT OF THE INTERIOR; et al.,<br>  Defendants - Appellants,<br>and<br>J.R. SIMPLOT COMPANY,<br>  Intervenor-Defendant. | No. 23-35543<br><br>D.C. No. 4:20-cv-00553-BLW<br><br>U.S. District Court for Idaho, Pocatello |
| SHOSHONE-BANNOCK TRIBES OF THE FORT HALL RESERVATION,<br>  Plaintiff - Appellee,<br>v.<br>U.S. DEPARTMENT OF THE INTERIOR; et al.,<br>  Defendants,<br>and<br>J.R. SIMPLOT COMPANY,<br>  Intervenor-Defendant - Appellant. | No. 23-35544<br><br>D.C. No. 4:20-cv-00553-BLW<br><br>U.S. District Court for Idaho, Pocatello |

**APPELLEE SHOSHONE-BANNOCK TRIBES' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWERING BRIEF**

# MOTION

The Shoshone-Bannock Tribes ("Tribes") are the appellee in both of the above-captioned appeals, Appeal Nos. 23-35543 and 23-35544, from the same district court summary judgment decision. Under the briefing schedules in both cases, Appellee's answering brief is due February 16, 2024. In compliance with Circuit Rule 31-2.2(b), a declaration supporting this request for an extension is attached to this Motion. *See* Decl. Jill Grant.

Appellee conferred with counsel for the Appellants in both cases, J.R. Simplot Company and U.S. Department of the Interior *et al*. ("Federal Defendants"). Those parties represented that they consent to this motion for an extension of time.

The Court set an identical briefing schedule for both cases. Subsequently, Appellants requested and received a streamlined 30-day extension and an additional 21-day extension such that Appellants' opening briefs were due January 17, 2024. That schedule gave Appellants five months to prepare their opening briefs from when these appeals were docketed on August 17, 2023. In contrast, under the current schedule, the Tribes will have only 30 days to prepare their answering briefs. Moreover, Appellee Shoshone-Bannock Tribes will be required to respond to two opening briefs. In addition, Appellee has been advised by counsel for potential amicus parties that they intend to move to submit three

1

separate amicus briefs in support of Appellants' position. While Appellees are preparing their merits briefs, they will also have to respond to amici's motions for leave and, if some or all of those motions are granted, they will have to respond to the amicus briefs themselves.

For the foregoing reasons, Appellee requests a 49-day extension of its briefs in both cases, until April 5, 2024.

## CONCLUSION

For the foregoing reasons, this Court should grant the Shoshone-Bannock Tribes' unopposed request for a 49-day extension of time to file its answering briefs in these cases.

Date: January 19, 2024

| | |
|---|---|
| William F. Bacon, General Counsel<br>SHOSHONE-BANNOCK TRIBES<br>P.O. Box 306<br>Fort Hall, Idaho 83203<br>Telephone: (208) 478-3822<br>Facsimile: (208) 237-9736<br>bbacon@sbtribes.com | */s/ Jill Elise Grant*<br>Jill E. Grant<br>Andrea E. Gelatt<br>JILL GRANT & ASSOCIATES, LLC<br>1319 F Street, NW<br>Washington, D.C. 20004<br>Telephone: (202) 821-1950<br>Facsimile: (202) 459-9558<br>jgrant@jillgrantlaw.com |

*Attorneys for Shoshone-Bannock Tribes*