IN THE U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| SHOSHONE-BANNOCK TRIBES OF THE FORT HALL RESERVATION,<br>　　　　　　Plaintiff - Appellee,<br>v.<br><br>U.S. DEPARTMENT OF THE INTERIOR; et al.,<br>　　　　　Defendants - Appellants,<br><br>and<br><br>J.R. SIMPLOT COMPANY,<br>　　　　　Intervenor - Defendant. | Nos. 23-35543, 23-35544<br><br>D.C. No. 4:20-cv-00553-BLW<br><br>U.S. District Court for Idaho, Pocatello |

**APPELLEE SHOSHONE-BANNOCK TRIBES' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PETITIONS FOR REHEARING AND REHEARING EN BANC**

The Shoshone-Bannock Tribes ("Tribes") are the appellee in the above-captioned appeals, Nos. 23-35543 and 23-35544. This Court ruled in favor of the Tribes in a decision dated August 22, 2025, from which the U.S. Department of the Interior et al. ("Federal Appellants") seek rehearing en banc and the J.R. Simplot Company ("Simplot"), defendant-intervenor-appellant, seeks both panel rehearing and rehearing en banc. On December 9, 2025, the Court ordered the Tribes to file a response within 21 days of the order, which is December 30, 2025. The Tribes respectfully are requesting a 14-day extension of time, for the following reasons:

1.    Appellee Tribes conferred with counsel for the Appellants in both cases. Those parties represented that they do not oppose this motion for an extension of time.

2.    Appellants' petitions for rehearing and rehearing *en banc* were initially due by October 6, 2025, 45 days from the Court's decision. In response to a motion submitted by Federal Appellants, which was based on the lapse in federal appropriations, and to a companion motion submitted by Simplot to align its deadline with the Federal Appellants' deadline, the Court extended the petition deadlines by nearly two more months, until December 1, 2025. While the Federal Appellants may have been limited in their ability to work on their petition during the lapse in appropriations, they had a full month to do so before that lapse occurred. Simplot was not constrained at all and therefore had over three months to draft its petition.

3.    In contrast, under the current schedule, the Tribes will have only 21 days to prepare a response after the Court ordered one. Moreover, Appellee Shoshone-Bannock Tribes are required to respond to two petitions in one filing.

4.    Additionally, the current deadline falls over a holiday period when counsel for the Tribes have pre-planned vacations and have other work deadlines that fall both just before and just after the holiday period.

A declaration supporting this request for an extension is attached to this motion.

## CONCLUSION

For the foregoing reasons, the Shoshone-Bannock Tribes respectfully request this Court to grant their unopposed request for a 14-day extension of time, until January 13, 2025, to file a response to Appellants' petitions for rehearing in these cases.

Date: December 10, 2025

William F. Bacon, General Counsel
Monte Gray, Ass't General Counsel
SHOSHONE-BANNOCK TRIBES
P.O. Box 306
Fort Hall, Idaho 83203
Telephone: (208) 478-3822
Facsimile: (208) 237-9736
bbacon@sbtribes.com

*/s/ Jill Elise Grant*
Jill Elise Grant
Andrea E. Gelatt
JILL GRANT & ASSOCIATES, LLC
1319 F Street, NW
Washington, D.C. 20004
Telephone: (202) 821-1950
Facsimile: (202) 459-9558
jgrant@jillgrantlaw.com

*Attorneys for Shoshone-Bannock Tribes*

IN THE U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| SHOSHONE-BANNOCK TRIBES OF THE FORT HALL RESERVATION,<br>　　　　　　Plaintiff - Appellee,<br><br>v.<br><br>U.S. DEPARTMENT OF THE INTERIOR; et al.,<br>　　　　　　Defendants - Appellants,<br><br>and<br><br>J.R. SIMPLOT COMPANY,<br>　　　　　　Intervenor - Defendant. | Nos. 23-35543, 23-35544<br><br>D.C. No. 4:20-cv-00553-BLW<br><br>U.S. District Court for Idaho, Pocatello |

**DECLARATION OF JILL ELISE GRANT**

I, Jill Elise Grant, declare pursuant to 28 U.S.C. § 1746 as follows:

My name is Jill Elise Grant. I am over 21 years of age and am fully competent and duly authorized to make this declaration. I am submitting this declaration pursuant to Circuit Rule 31-2.2(b), in support of Appellee Shoshone-Bannock Tribes' ("Tribes") Unopposed Motion for Extension of Time to File Response to Petitions for Rehearing and Rehearing *En Banc* in the above-captioned appeals.

1.  The Tribes' response currently is due within 21 days of the Court's December 9, 2025 order in the above-captioned appeals, which is December 30, 2025.

2.  The Tribes have not previously sought an extension of this deadline.

3.  The Tribes request a 14-day extension of the due date for their response, until January 13, 2025.

4.  An extension is requested to provide the Tribes with a full and fair opportunity to respond to the petitions of Appellants the Department of the Interior *et al.* and J.R. Simplot Company. First, the Tribes will be filing one response that addresses both Appellants' petitions. Moreover, Appellants received a 56-day extension for the filing of their petitions for rehearing and rehearing *en banc*, from October 6, 2025 (which was already 45 days from the Court's decision in these cases) until December 1, 2025, whereas in contrast the Tribes' response to those petitions is currently due December 30, 2025, only 29 days from receipt of Appellants' petitions and only 21 days after the court's order mandating a response. In addition, the current due date for the Tribes – December 30, 2025 – falls in the middle of the holidays, and counsel for the Tribes have pre-planned vacations and have other work deadlines that fall both just before and just after the holiday period.

5.     This motion is not filed for purposes of delay, but to allow time to prepare full responses. The Tribes have exercised diligence and are continuing to do so and the response will be filed within the time requested.

6.     I have conferred with counsel for both Appellants and they do not oppose this request.

7.     The court reporter is not in default with regard to any designated transcripts.

I state under penalty of perjury that the foregoing is true and correct. Executed on this 10th day of December, 2025, in Washington, D.C.

*/s/ Jill Elise Grant*
Jill E. Grant
JILL GRANT & ASSOCIATES, LLC
1319 F Street, NW
Washington, D.C. 20004
Telephone: (202) 821-1950
Facsimile: (202) 459-9558
jgrant@jillgrantlaw.com